NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CURTIS N. YOUNG, DOC #363850,      )
                                   )
          Petitioner,              )
                                   )
v.                                 )     Case No. 2D18-2847
                                   )
STATE OF FLORIDA and JULIE JONES,  )
SECRETARY, FLORIDA DEPARTMENT      )
OF CORRECTIONS,                    )
                                   )
          Respondents.             )
_____)

Opinion filed May 10, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Charlotte County;
Lisa S. Porter, Judge.

Curtis N. Young, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa, for
Respondents.


PER CURIAM.

          Denied.


VILLANTI, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.